UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No.:  05-153 (MJD/JGL)

ECOWATER SYSTEMS, INC.,

       Plaintiff,

v.                                                                          ORDER

G&G WATER SERVICE, INC.,

       Defendant.

---

The Court having been advised that the above action has settled,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for 30 days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: June 23, 2005

                                                s/ Michael J. Davis
                                                MICHAEL J. DAVIS
                                                United States District Court Judge